Sotero ALVARADO; Vianey
Alvarado, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–70963.

United States Court of Appeals,
Ninth Circuit.

Submitted July 19, 2010.*

Filed July 30, 2010.

Sotero Alvarado, Los Angeles, CA, pro se.

Vianey Alvarado, Los Angeles, CA, pro se.

Oil, Don George Scroggin, Esquire, Trial, Remi Adalemo, Trial, John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, Blair O'Connor, Assistant Director, Norah Ascoli Schwarz, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM **

Sotero Alvarado and Vianey Alvarado, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their sec-ond motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion by denying petitioners' second motion to reopen because it was untimely and numerically barred, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to establish changed country conditions in Mexico that are material to petitioners and their circumstances. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Toufighi v. Mukasey*, 538 F.3d 988, 996–97 (9th Cir.2008) (requiring movant to produce previously unavailable evidence of changed country conditions that are material and establish prima facie eligibility for relief); *see also Delgado–Ortiz v. Holder*, 600 F.3d 1148, 1151–52 (rejecting as particular social group "returning Mexicans from the United States").

To the extent petitioners challenge the BIA's March 8, 2005, order denying petitioners cancellation of removal, we lack jurisdiction because the petition for review is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003). We decline to reconsider petitioners' challenge to the BIA's denial of their first motion to reopen and reconsider because this court already decided the issue in *Alvarado v. Gonzales*, 222 Fed.Appx. 645 (9th Cir.2007). *See Merritt v. Mackey*, 932 F.2d 1317, 1320 (9th Cir.1991) (explaining that under the "law of the case doctrine," one panel of an appellate court will not reconsider questions which another panel has decided on a prior appeal in the same case).

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.